1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7               DISTRICT OF NEVADA
8                      * * *
9    DSD NETWORK OF AMERICA, INC., et    Case No. 2:12-cv-00486-MMD-PAL
     al.,
10                                                      ORDER
                              Plaintiff,
11        v.
12   DEWAYNE MCKOY, et al.,
13                             Defendants.
14

15        Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered

16   that the parties schedule a settlement conference with the Magistrate Judge within

17   fifteen (15) days from the date of this Order.

18

19        DATED THIS 11th day of April 2013.

20

21                                        _____
                                          MIRANDA M. DU
22                                        UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28