1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                          DISTRICT OF NEVADA
8                                  * * *
9    DSD NETWORK OF AMERICA, INC., et    Case No. 2:12-cv-00486-MMD-PAL
10   al.,
                              Plaintiff,              ORDER
11        v.
12   DEWAYNE MCKOY, et al.,
13                            Defendants.
14

15        Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered

16   that the parties schedule a settlement conference with the Magistrate Judge within

17   fifteen (15) days from the date of this Order.

18

19        DATED THIS 11th day of April 2013.

20
                                        _____
21                                      MIRANDA M. DU
22                                      UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28