# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DSD NETWORK OF AMERICA, INC., et al.,

                Plaintiffs,

vs.

DEWAYNE MCKOY, et al.,

                Defendants.

Case No. 2:12-cv-00486-MMD-PAL

**ORDER**

      Before the court is Defendant Corey Powell's Request for Exception to Personal Attendance at Settlement Conference (Dkt. #48) filed April 15, 2013. No response was filed and the time for filing a response has expired. Mr. Powell lives in Louisiana, has spent considerable funds defending this action and asks to preserve funds for potential settlement by attending telephonically.

      **IT IS ORDERED** that Defendant Corey Powell's Request for Exception to Personal Attendance at Settlement Conference (Dkt. #48) is **GRANTED**. Mr. Powell shall be available telephonically for the duration of the conference in spite of the time difference.

      Dated this 6th day of May, 2013.

_____
Peggy A. Leen
United States Magistrate Judge