# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DSD NETWORK OF AMERICA, INC., et al., | |
| Plaintiffs, | Case No. 2:12-cv-00486-MMD-PAL |
| vs. | **ORDER** |
| DEWAYNE MCKOY, et al., | |
| Defendants. | |

Before the court is Defendant Peter Bianchi's Request for Exception to Personal Attendance at Settlement Conference (Dkt. #50) filed May 31, 2013. No response was filed and the time for filing a response has expired. Mr. Bianchi lives in Houston, Texas, has spent considerable funds defending this action, and asks to preserve funds for potential settlement by attending telephonically.

**IT IS ORDERED** that Defendant Peter Bianchi's Request for Exception to Personal Attendance at Settlement Conference (Dkt. #50) is **GRANTED**. Mr. Bianchi shall be available telephonically for the duration of the conference in spite of the time difference.

Dated this 18th day of June, 2013.

Peggy A. Leen
United States Magistrate Judge