# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DSD NETWORK OF AMERICA, et al., | |
| Plaintiffs, | Case No. 2:12-cv-00486-MMD-PAL |
| vs. | **ORDER** |
| DEWAYNE MCKOY, et al., | (Rqst Appear Telephone at SC - Dkt. #52) |
| Defendant. | |

Before the court is Plaintiff Marco Moran's Request for Telephonic Appearance at Settlement Conference (Dkt. #52). The court has reviewed the motion and finds that it should be granted provided that counsel for Plaintiff communicates Plaintiffs' settlement demand to each of the Defendants before the settlement conference. Accordingly,

**IT IS ORDERED** that Plaintiff Marco Moran's Request for Telephonic Appearance at Settlement Conference (Dkt. #52) is **GRANTED,** and Plaintiff Moran shall be available telephonically for the duration of the settlement conference.

**IT IS FURTHER ORDERED** that counsel for Plaintiffs shall communicate Plaintiffs' settlement demand to each of the Defendants before the settlement conference.

Dated this 12th day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge